George E. Mathis and William Mathis, Trading as George E. Mathis and Son, Appellants, v. City of Chicago, Appellee.

Gen. No. 44,359.

opinion filed March 1, 1949; released for publication April 26, 1949. Lucius, Buehler & Lucius, for appellants; Albert E. Lucius, of counsel; Benjamin S. Adamowski, Corporation Counsel, for appellee; John C. Melaniphy, Assistant Corporation Counsel, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full.